Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 W. Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Attorneys for Defendant, Beal Properties, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAVJEET SINGH CHAHAL dba JOHNNY QUIK STORE #137 aka CHEVRON; BEAL PROPERTIES, INC., a California corporation.<br><br>    Defendants. | No. 1:14-CV-00262-LJO-BAM<br><br>**STIPULATION CONTINUING DEADLINE FOR ALL DEFENDANTS TO APPEAR; ORDER THEREON** |

    **WHEREAS**, a scheduling conference is currently set in this matter for June 26, 2014, and a joint scheduling report is to be filed no later than June 19, 2014 (DOC 4);

    **WHEREAS**, Defendant, Navjeet Singh Chahal dba Johnny Quik Food Stores #137 ("Chahal") was served with the summons and complaint on March 20, 2014 and his response was due on April 10, 2014 (DOC 7);

    **WHEREAS,** Defendant Beal Properties, Inc. ("Beal Properties") waived service of the summons and complaint and its response is due on May 2, 2014 (DOC 6);

    **WHEREAS**, Defendants, Chahal and Beal Properties have provided to Plaintiff a report prepared by a California Certified Access Specialist ("CASp") identifying all barriers found by the CASp at the subject property (both interior and exterior), and Plaintiff, Chahal and Beal

STIPULATION CONTINUING DEADLINE FOR ALL DEFENDANTS TO APPEAR; ORDER THEREON

1 Properties therefore wish to explore an informal resolution of this matter prior to incurring the
2 fees necessary to file answers to the complaint and to conserve the resources of the Court while
3 such settlement is explored;

4      **NOW, THEREFORE**, Plaintiff, Chahal and Beal Properties by and through their
5 respective counsel respectfully request that the deadline for both defendants to file their
6 responsive pleadings in the action be extended to and including May 23, 2014, which extension
7 does not affect any date or deadline set by Court order.

9      **IT IS SO STIPULATED**.

11 Dated:  May 1, 2014            MOORE LAW FIRM, P.C.

13                                      */s/  Tonya E. Moore*
14                                      Tanya E. Moore
                                     Attorneys for Plaintiff,
                                     Ronald Moore

17
18 Dated:  May 8, 2014            WILD, CARTER & TIPTON

19
20                                      /s/ Patrick J. Gorman
21                                      Patrick J. Gorman
                                     Attorneys for Defendant,
22                                      Beal Properties, Inc., a
                                     California Corporation

25 Dated:  May 8, 2014            /s/ Navjeet Singh Chahal
                                     Navjeet Singh Chahal

STIPULATION CONTINUING DEADLINE FOR ALL DEFENDANTS TO APPEAR; ORDER THEREON

**ORDER**

Upon the stipulation of all parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for defendants to file their responsive pleadings in this action is extended to May 23, 2014.

IT IS SO ORDERED.

Dated:   **May 14, 2014**                         /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION CONTINUING DEADLINE FOR ALL DEFENDANTS TO APPEAR; ORDER THEREON